UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:08-cr-38-002 |
| v. ) | |
| ) | Judge Edgar |
| CARLOS RAMIREZ-LARA ) | |

## ORDER SCHEDULING HEARING

Defendant Carlos Ramirez-Lara has two pending motions before the court. A hearing on defendant's motion in limine/motion to suppress, [Doc. No. 40] and the Motion for a Daubert Hearing, [Doc. No. 50] and any other pending motions, before the court will be heard on **Wednesday, December 3, 2008 at 2:00 p.m.** before the Honorable R. Allan Edgar.

SO ORDERED.

ENTER this the 21st day of November, 2008.

　　　　　　　　　　　　　　　　　/s/ R. Allan Edgar
　　　　　　　　　　　　　　　　R. ALLAN EDGAR
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE