UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:08-cr-38-002 |
| v. ) | |
| ) | Judge Edgar |
| CARLOS RAMIREZ-LARA ) | |

## **ORDER**

Defendant Carlos Ramirez-Lara has filed a motion for continuance of Daubert hearing [Doc. No. 52]. This motion [Doc. No. 52] is **GRANTED**. The motion hearing is **CONTINUED** to **Friday, January 9, 2009 at 2:00 p.m.** The trial in this case is set for **Tuesday, January 20, 2009 at 9:00 a.m.**

SO ORDERED.

ENTER this the 1st day of December, 2008.

 */s/ R. Allan Edgar*
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE